CO-386-online
10/03

# United States District Court
# For the District of Columbia

The JAMES MADISON PROJECT )
)
)
)
                   Plaintiff )
vs )   Civil Action No. 07-_____
)
CENTRAL INTELLIGENCE AGENCY )
)
)
                   Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The James Madison Project__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Mark S. Zaid_
Signature

440532
BAR IDENTIFICATION NO.

Mark S. Zaid
Print Name

1250 Connecticut Avenue, N.W., Suite 200
Address

Washington, D.C.  20036
City    State    Zip Code

(202) 454-2809
Phone Number