IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT,       ) | |
|                                                 Plaintiff,       ) | |
| v.                                                                ) | Case No. 1:07cv02306 (RBW) |
| CENTRAL INTELLIGENCE AGENCY,      ) | |
|                                   Defendant.      ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR TWO-WEEK EXTENSION
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. (6)(b)(1), Defendant Central Intelligence Agency (CIA), by and through undersigned counsel, respectfully moves this Court for a two-week enlargement of time, up to and including February 11, 2008, to answer or otherwise respond to Plaintiff's Complaint. In compliance with LCvR 7(m), counsel has discussed the relief requested with counsel for Plaintiff, who has stated that he does not oppose this motion. In support of this Motion, Defendant states as follows:

1. Plaintiff filed its Complaint on December 21, 2007. Service was completed on December 28. Defendant's response is currently due on January 28, 2008. Undersigned counsel was not assigned to this case until January 22, 2008.

2. This is the first extension of time requested in this case by either party. There are no other deadlines currently scheduled in this case.

3. Due to the press of business in this and other cases, and in order to become familiar with the issues in the case, Defendant requests this two-week extension of time to be able to prepare a thorough response to Plaintiff's complaint. Defendant does not believe that Plaintiff will be prejudiced by this delay, which will allow Defendant to prepare and serve a thorough response, and Plaintiff does not oppose this motion.

-2-

Dated: January 23, 2008

      Respectfully submitted,

      JEFFREY S. BUCHOLTZ
      Acting Assistant Attorney General

      JEFFREY A. TAYLOR
      United States Attorney

      ELIZABETH J. SHAPIRO
      Assistant Branch Director


        /s/ Vesper Mei
      VESPER MEI
      (D.C. Bar No. 455778)
      Trial Attorney
      United States Department of Justice
      Civil Division, Federal Programs Branch
      Post Office Box 883
      Washington, D.C. 20044
      Telephone:  (202) 514-4686
      Facsimile:  (202) 616-8470 (fax)
      E-mail: vesper.mei@usdoj.gov

      Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv02306 (RBW) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

Defendant's Unopposed Motion for Two-Week Extension to Answer or Otherwise Respond to Plaintiff's Complaint is granted. Defendant shall have until February 11, 2008 to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

Dated: _____

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE