# United States District Court
# For the District of Columbia

JAMES MADISON PROJECT

           Plaintiff(s)

              vs.

CENTRAL INTELLIGENCE AGENCY

           Defendant(s)

)
)
)
)
)
)
)
)

**APPEARANCE**

CASE NUMBER   07-2306 (RBW)

To the Clerk of this court and all parties of record:

Please enter the appearance of  <u>Bradley P. Moss</u>  as counsel in this
                             (Attorney's Name)

case for:  <u>James Madison Project</u>
                (Name of party or parties)

<u>1/31/08</u>
Date

<u>975905</u>
BAR IDENTIFICATION

Signature

Bradley P. Moss
Print Name

1250 Connecticut Avenue, NW Suite 200
Address

Washington   DC       20036
City       State        Zip Code

(202) 907-7945
Phone Number