**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES MADISON PROJECT et al. | * |
| | * |
|    Plaintiffs | * |
| | * |
|    v. | * |
| | * |
| CENTRAL INTELLIGENCE AGENCY | *   Civil Action No. 07-2306 (RBW) |
| | * |
|    Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S NUNC PRO TUNC MOTION FOR AN EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS**

NOW COME the plaintiffs James Madison Project and Matthew Cole, by and through their undersigned counsel, to respectfully move the Court for a nunc pro tunc extension of time to on or before Monday, July 7, 2008, in which to submit their response to the defendant Central Intelligence Agency's Motion for a Stay of Proceedings. The response was due to be filed June 23, 2008. This is the plaintiff's first request.

This is a Freedom of Information Act lawsuit seeking records pertaining to the defendant's destruction of video tapes concerning detainee interrogations. The defendant's present motion was filed on June 9, 2008. At the time the undersigned had just returned from a one week trip and was catching up on earlier obligations. Counsel again went out-of-town from June 14-22, 2008, and returned to immediately participate in, among other obligations, administrative hearings before the Transportation Security Administration and the Department of Army. Counsel is also juggling numerous administrative and litigation obligations (more than one dozen). To be perfectly candid, however, while the plaintiffs would have respectfully sought an extension of time to respond under the circumstances, this deadline simply escaped notice until today. It is not counsel's practice to file late motions and all efforts will be undertaken to assure it does not happen again.

 Plaintiffs' counsel has discussed this request with counsel for the defendant and she has indicated the defendant takes no position. The defendant has requested, presuming this Motion is granted, to have until on or before July 21, 2008, to file any reply. The plaintiffs consent to that request.

 The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  June 24, 2008

              Respectfully submitted,

              /s/
             _____

             Mark S Zaid, Esq.
             D.C. Bar #440532
             Mark S. Zaid, P.C.
             1250 Connecticut Avenue, N.W.
             Suite 200
             Washington, DC 20036
             (202) 454-2809
             (202) 330-5610 fax
             Mark@MarkZaid.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES MADISON PROJECT et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| CENTRAL INTELLIGENCE AGENCY | * | Civil Action No. 07-2306 (RBW) |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of plaintiffs' Nunc Pro Tune Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of June 2008,

ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before July 7, 2008, to submit their Opposition brief; and

FURTHER ORDERED, that the defendant has up to on or before July 21, 2008, to submit its Reply brief.

_____
UNITED STATED DISTRICT JUDGE