UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, et al. ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Civil Action No. 07-cv-2306 (RBW) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR A STAY OF PROCEEDINGS**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, defendant Central Intelligence Agency hereby moves the Court for an extension of time through and including October 3, 2008, to file a reply memorandum in support of Defendant's Motion for a Stay of Proceedings (dkt. no. 7).

Defendant Central Intelligence Agency has previously made one request for an extension of time. The Court granted this request by minute order on January 28, 2008. Plaintiffs James Madison Project and Matthew Cole have made two requests for extensions of time. The Court granted the first request by minute order on June 30, 2008, and denied the second request as moot, while accepting the plaintiffs' late-filed Opposition to Defendant's Motion for a Stay of Proceedings (dkt. no. 11), by minute order on September 2, 2008.

The defendant previously informed both the plaintiffs and the Court that the lead attorney for defendant at the time was scheduled to go on maternity leave at the end of August 2008. See Defendant's Opposition to Plaintiffs' Nunc Pro Tunc Motion for an Extension of Time to Submit Opposition to Defendant's Motion for a Stay of Proceeding[s] at 2 (dkt. no. 12). That attorney has gone on maternity leave as anticipated. The undersigned counsel was assigned to this case

only recently and needs additional time to prepare a reply memorandum.

The granting of this motion will have no effect on previously scheduled deadlines.

Accordingly, the defendant's motion for an extension of time through and including October 3, 2008, should be granted. The defendant has conferred with the plaintiffs, and the plaintiffs have indicated that they do not oppose the requested extension. A proposed order is attached.

Dated: September 4, 2008      Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER
Senior Trial Counsel

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JAMES MADISON PROJECT, et al.,<br><br>                    Plaintiff<br><br>        vs.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>                    Defendant | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07-cv-2306 (RBW)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR A STAY OF PROCEEDINGS**

Defendant's Motion for Extension of Time to File Reply in Support of Motion for a Stay of Proceedings is hereby GRANTED. Defendant shall serve and file its reply memorandum in support of Defendant's Motion for a Stay of Proceedings no later than October 3, 2008.

Dated:

                                                                REGGIE B. WALTON
                                                                UNITED STATES DISTRICT JUDGE