UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT et al., | * | |
| Plaintiffs | * | |
| v. | * | Case No. 07-2306 (RBW) |
| CENTRAL INTELLIGENCE AGENCY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF FILING OF RELEVANT MATERIALS PERTAINING TO THEIR MOTION TO COMPEL EXPEDITED RELEASE OF ALL RESPONSIVE RECORDS AND/OR PRODUCTION OF VAUGHN INDEX**

NOW COMES plaintiffs, by and through their undersigned counsel, to submit to this Court a Notice of Filing of relevant materials from a sister court's related Freedom of Information Act ("FOIA") lawsuit of ACLU v. DoD et al., 339 F. Supp. 2d 501 (S.D.N.Y. 2008) in further support of its Motion to Compel Expedited Release of All Responsive Records and/or Production of Vaughn Index (filed March 5, 2009). This matter is next before this Court for a status conference on April 24, 2009.

The defendant Central Intelligence Agency ("CIA") has released information and submitted planned schedules in the above sister court action. Attached at Exhibit "1" is a copy of a letter dated April 9, 2009, submitted to the Honorable Alvin K. Hellerstein by the Department of Justice on behalf of the CIA. At Exhibit "2" is the April 10, 2009 response from the American Civil Liberties Union.

Yet in this action no documents have been released nor have any updates been submitted to the Court. No information has been received from the CIA in the past five weeks since the last status conference on March 17, 2009. When queried as to the intent of the CIA for tomorrow's

status conference, Government counsel responded on April 23, 2009 that there was "nothing to share".

Date: April 23, 2009

                                        Respectfully submitted,

                                        /s/
                                  _____
                                  Mark S. Zaid, Esq.
                                  D.C. Bar #440532
                                  Bradley P. Moss, Esq.
                                  D.C. Bar #975905
                                  Mark S. Zaid, P.C.
                                  1250 Connecticut Avenue, N.W.
                                  Suite 200
                                  Washington, D.C. 20036

                                  Counsel for Plaintiffs