IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT and MATTHEW COLE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:07-cv-02306 (RBW) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of October 15, 2012, the parties jointly submit this status report:

1.  Defendant moved for summary judgment in this case on July 2, 2012. Plaintiffs' opposition to defendant's motion was initially due on August 2, but plaintiffs received extensions until September 18, 2012, on which day counsel for plaintiffs contacted counsel for defendant and suggested that the parties enter into settlement negotiations in lieu of further briefing. Defendant agreed, and the parties moved to stay further briefing in the case for thirty days. The Court granted the motion to stay nunc pro tunc on September 18, 2012, and ordered the filing of a joint status report by October 18, 2012.

2.  On October 17, 2012, plaintiffs' counsel provided their billing records in the case to counsel for defendant. In order to allow counsel for defendant sufficient time to review these records and to allow the parties subsequently to explore the possibility of

settlement, the parties jointly request that the summary judgment briefing schedule be stayed for a further thirty (30) days.

Dated: October 17, 2012

Respectfully submitted,

| /s/ Vesper Mei | /s/ Mark S. Zaid |
|---|---|
| Vesper Mei (D.C. Bar #455778) | Mark S. Zaid (D.C. Bar #440532) |
| Trial Attorney | Bradley Moss |
| U.S. Department of Justice | Mark S. Zaid, P.C. |
| Civil Division | 1250 Connecticut Ave., NW |
| Federal Programs Branch | Suite 200 |
| P.O. Box 883 | Washington, D.C. 20036 |
| Washington, D.C. 20044 | (202) 454-2809 |
| (202) 514-4686 | (202) 330-5610 fax |
| (202) 616-8470 fax | Mark@MarkZaid.com |
| vesper.mei@usdoj.gov | |
| | Attorneys for Plaintiffs |
| Attorney for Defendant | |